# United States District Court
for the

RECEIVED
SDNY PRO SE OFFICE
2022 DEC 22 PM 3:06

| | |
|---|---|
| United States of America<br>v.<br>Paul B. Higgins<br>Leodan H. Contreras<br><u>Defendant(s)</u> | Case No. |

## Criminal Complaint

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of <u>November 18th, 2022</u> in the county of <u>Ulster</u> in the <u>Southern</u> District of New York, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.A. § 241<br>18 U.S.C.A. § 242 | Both defendants are correctional Officers in Eastern Corr. Facility. Both defendants, at seperate times, testified at a Superintendent's hearing and called the complainant an "Inmate". |

This Criminal complaint is based on these facts:
☑ Continued on the attached sheet.
pg 1 of 2

On November 18th, 2022, a Superintendents hearing was being conducted in regards to an incident involving the Complainant DeVonté Moorer. Both of the defendants, at seperate times, testified at said hearing. During each defendant's testimony they refered to the complainant as an "Inmate" by calling the complainant an "Inmate". According to "2021 New York Assembly Bill No. 2395, New York Two hundred Forty-Fourth Legislative Session; Adopted and signed into Law August 2nd, 2021.", various laws were amended to replace all instances of the words or variations of the words "inmate or inmates" with the words "incarcerated individual or incarcerated individuals" or variations thereof. Both defendants broke/violated this law by refering to the complainant by "inmate", furthermore, both defendants violated the complainant's Federal and State Constitutional Rights.

Sworn to before me and signed (in my presence)
Date: December 19th, 2022
City and State: Malone, New York

_____
Complainant's signature
DeVonté Moorer
DeVonté Moorer, Incarcerated Individual

_____
Judges signature

_____
Printed name and Title

pg 2 of 2

DeVante Moorer
DIN# 11B2591
Upstate Corr. Facility
P.O. Box 2001
Malone, NY 12953

Date: Dec. 19th, 2022

Re: Criminal Complaint

Dear Chief Magistrate,

Enclosed herein is a handwritten Criminal Complaint in which I, the above named person, am the Complainant. I am an incarcerated individual seeking to press charges against the defendants named in the criminal complaint. Pursuant to Rule 4.1 of the Federal rules of Criminal Procedure; A magistrate judge may consider information communicated by telephone or other reliable electronic means when reviewing a Complaint or deciding to issue a warrant or summons. Thank you for your time and consideration.

Respectfully, [signature]

DeVonté Moorer
DIN# 11B2591
Upstate Corr. Facility
P.O. Box 2001, 309 Barehill Rd.
Malone, New York 12953

UPSTATE CORRECTIONAL FACILITY
Upstate Correctional Facility

neopost
12/20/2022
US POSTAGE $001.44⁰
ZIP 12953
041L11251145

1.44

RECEIVED
SDNY PRO SE OFFICE
2022 DEC 22 PM 3:04

U.S. District Court
Southern District of New York
Attn: Chief Magistrate Justice
U.S. Courthouse
500 Pearl Street
New York, NY 10007

USM P3 SDNY

*Legal Mail*